IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENT BRAMLETT,<br>     **Plaintiff,**<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY, UNITED STATES<br>BUREAU OF THE MINT, UNITED<br>STATES DEPARTMENT OF<br>HOMELAND SECURITY, UNITED<br>STATES BUREAU OF CUSTOMS AND<br>BORDER PROTECTION SERVICE,<br>STEVEN MNUCHIN, DAVID MOTL,<br>JOHN F. KELLY, KEVIN K.<br>MCALEENAN, UNITED STATES OF<br>AMERICA, and JOHN DOES 1-10,<br>     **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  16-257 |

# O R D E R

**AND NOW**, this 20th day of March, 2017, upon review of Defendants' Motion to
Dismiss (ECF No. 27); Plaintiff's Response in Opposition thereto (ECF No. 28); Defendants'
Reply in Support thereof (ECF No. 29); Defendants' Supplemental Brief in Support Thereof
(ECF No. 32); and Plaintiff's Supplemental Brief in Opposition thereto (ECF No. 35), and for
the reasons set forth in the Court's Memorandum Opinion of March 20, 2017 (ECF No. 38), **IT
IS ORDERED** that:

 (1) Defendants' motion is **GRANTED**;

   (a) Counts I, IV, and V of the Amended Complaint against all Defendants are
     **DISMISSED WITH PREJUDICE**;

   (b) Counts II and III of the Amended Complaint against the United States, the
     United States Department of the Treasury, the United States Mint, the United
     States Department of Homeland Security, the United States Bureau of
     Customs and Border Protection Service, Steven Mnuchin, David Motl, John F.
     Kelly, and Kevin K. McAleenan are **DISMISSED WITH PREJUDICE**;

     (c)  Counts II and III against John Does 1-10 are **DISMISSED WITHOUT PRJEUDICE**; and

(2)  Plaintiff is granted leave to file a Second Amended Complaint consistent with the Court's accompanying Opinion no later than April 3, 2017.

**BY THE COURT:**

**/s/ Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**